ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 18 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No. 06-718 C |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY RELIEF, AND SUPPORTING DOCUMENTS UNDER SEAL AND PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Plaintiff Raytheon Company ("Raytheon"), by its undersigned counsel, hereby moves this Court pursuant to Appendix C of the Rules of the Court of Federal Claims ("RCFC App. C") ¶ 4, for leave to file its Complaint, Motion for Preliminary Injunction and Declaratory Relief, and Supporting Documents under seal.[1]

In support of this motion, Raytheon states that certain of the pleadings and supporting documents Raytheon filed may contain confidential or proprietary source selection and proposal information not appropriate for release to the public. Some of this information currently is subject to a protective order the Government Accountability Office ("GAO") issued in connection with Raytheon's ongoing, related bid protest before the GAO, No. B-298516.2. The GAO-issued protective order requires Raytheon and the other parties to the GAO Protective

---

[1] Raytheon, by the instant action, challenges only the agency's refusal to enforce the Competition in Contracting Act-mandated automatic stay. Because Raytheon's action nevertheless is pursuant to 28 U.S.C. § 1491(b) (*see Ramcor Serv. Group, Inc. v. United States*, 185 F.3d 1286, 1289 (Fed. Cir. 1999)), Raytheon is following the Court's procedures as set forth in RCFC App. C.

Order to keep confidential all protected material disclosed in connection with that bid protest. A copy of the GAO protective order is attached hereto as Exhibit A.

Pursuant to RCFC App. C ¶ 6, Raytheon has indicated the protected material contained within the Complaint and other papers to be filed under seal, and has provided the Court and the other parties, by counsel, with a proposed redacted version of the Complaint and other papers.

Raytheon also hereby moves this Court pursuant to RCFC App. C ¶¶ 16-17 to issue a Protective Order covering the proceedings in this matter (including, but not limited to, the documents filed under seal). The proceedings in this matter may involve sensitive agency source selection information and proprietary offeror proposal information. Indeed, as noted, GAO already has issued a protective order in Raytheon's related bid protest, No. B-298516.2. Maintaining the integrity of both the source selection process and the offerors' protected information requires that the Court issue a Protective Order covering the proceedings.

WHEREFORE, Raytheon respectfully requests that the Court grant Plaintiff's Motion for Leave to File Complaint, Motion for Preliminary Injunction and Declaratory Relief, and Supporting Documents Under Seal and grant Plaintiff's Motion for Protective Order. A proposed Order granting Plaintiff's Motions and a proposed Protective Order (based on the example provided by RCFC Form 8) are attached. In the event that the Court should deny these Motions, Raytheon respectfully requests that the Court grant it leave to withdraw its filings until such time as further arrangements can be made with the affected parties.

Dated: October 18, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

Mark D. Colley
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7005
(202) 955-5564 (main)
(202) 419-2724 (secure)

*Counsel for Raytheon Company*

Of Counsel:

Paul E. Pompeo
Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Plaintiff's Motion for Leave to File Complaint, Motion for Preliminary Injunction and Declaratory Relief, and Supporting Documents under Seal and Plaintiff's Motion for Protective Order, a proposed Order and the proposed Protective Order to be served this 18th day of October 2006 by hand delivery on:

Arlene Groner
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 7024
Washington, D.C. 20530

Joseph P. Hornyak by JKJ
Joseph P. Hornyak

# 4113295_v1