# In the United States Court of Federal Claims

**06-718C**

**Filed: October 18, 2006**

**RAYTHEON COMPANY**

**v.**

**THE UNITED STATES**

**Exhibits (1-10) and Appendix**
**filed in Support of Memorandum of Law of Plaintiff's**
**Motion for Preliminary Injunction and Declaratory**
**Relief**
**Redacted Copy**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.