ORIGINAL

FILED
OCT 18 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | 06-718 C |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff Raytheon Company ("Raytheon"), by its undersigned counsel, states that Raytheon does not have a parent company, nor does any publicly held corporation own any Raytheon stock.

Dated: October 18, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

Mark D. Colley
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7005
(202) 955-5564 (main)
(202) 419-2724 (secure)

*Counsel for Raytheon Company*

Of Counsel:

Paul E. Pompeo
Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Plaintiff's Corporate Disclosure Statement to be served by hand delivery this 18th day of October 2006 to:

Arlene Groner
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 7024
Washington, D.C. 20530

Joseph P. Hornyak by HCS

Joseph P. Hornyak

#4113595_v1