IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-718C |
| v. | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ARLENE PIANKO GRONER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Arlene Pianko Groner
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: October 18, 2006

s/ Arlene Pianko Groner
Arlene Pianko Groner
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0162
Fax: (202) 305-7643

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2006, “DEFENDANT'S NOTICE OF APPEARANCE," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Arlene Pianko Groner