# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

*Plaintiff,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-718C

Senior Judge Smith

Filed: October 19, 2006

**ORDER**

Pursuant to the telephone status conference held on October 19, 2006, the Court hereby ORDERS the following schedule for briefs and oral argument:

- The Administrative Record shall be filed on or before October 23, 2006.
- Defendant's Response to Plaintiff's Motion for Preliminary Injunction and Declaratory Relief shall be filed and served on or before November 1, 2006.
- Plaintiff's Reply shall be filed and served on or before November 7th, 2006.
- Oral Argument shall be held at the United States Court of Federal Claims, Howard T. Markey National Courts Building, Courtroom #9, on November 9, 2006 at 12:30 p.m. EST.

The Court shall adopt the Protective Order as issued by the United States Government Accountability Office. (Exhibit A of Plaintiff's Motion for Leave to File Complaint, Motion for Preliminary Injunction and Declaratory Relief, and Supporting Documents Under Seal and Plaintiff's Motion for Protective Order, at page 6 (File B-298516.2)).

The Court hereby GRANTS Defendant's Motion for Leave to File the Administrative Record on CD-Rom. Defendant shall file two (2) versions of the Administrative Record: one version under seal, and one version for public record.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE