Electronically Filed on October 19, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | **No. 06-718C** |
| | ) | **(Judge Loren Smith)** |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF SUBMISSIONS TO AWARDEE**

Plaintiff, Raytheon Company, has forwarded the following to counsel for the awardee: copy of Plaintiff's Motions for Leave to File Complaint, for Preliminary Injunction and Declaratory Relief, and Supporting Documents Under Seal, and for Protective Order, along with the Civil Cover Sheet, Plaintiff's Corporate Disclosure Statement, Motion for Preliminary Injunction and Declaratory Relief (with proposed Order). Plaintiff also provided Proposed Public Versions of the Complaint and Memorandum of Law. If the awardee elects to intervene in this case (and the Court grants a Motion to Intervene), and once the Court issues a Protective Order, Plaintiff will forward the unredacted versions of the Complaint and Memorandum to the awardee.

Dated: October 19, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/Mark D. Colley

Mark D. Colley
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7005
(202) 955-5564 (main)
(202) 419-2724 (secure)

*Counsel for Raytheon Company*

Of Counsel:

Paul E. Pompeo
Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 4122968_v1