Electronically Filed on October 19, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RAYTHEON COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-718C<br>(Senior Judge Smith) |

## APPLICATIONS FOR ACCESS UNDER PROTECTIVE ORDER

By Order dated October 19, 2006, the Court adopted the Protective Order that the Government Accountability Office ("GAO") issued in the matter of Raytheon Company, No. B-298516.2. The GAO has granted access under that protective order to Mark D. Colley, Paul E. Pompeo, Joseph P. Hornyak and Stuart W. Turner. A copy of the GAO's Order is attached. Because, however, this is a protective order adopted for this separate proceeding before the Court, Plaintiff Raytheon Company, ("Raytheon"), hereby attaches the Applications for Access to Information Under Protective Order by Inside or Outside Counsel (Form 9) for Mark D. Colley, Attorney of Record for Raytheon Company, Paul E. Pompeo, Joseph P. Hornyak and Stuart W. Turner, Of Counsel for Raytheon.

Dated: October 19, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/Mark D. Colley
Mark D. Colley
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7005 – phone
(202) 419-2624 – fax
*Counsel for Raytheon Company*

Of Counsel:

Paul E. Pompeo
Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 4123211_v1