IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-718C<br>(Judge Smith) |

MOTION TO INTERVENE

L-3 Cincinnati Electronics, Inc. ("L-3CE"), through undersigned outside counsel, moves to intervene in the above action. L-3CE has a significant interest in the litigation as it is the awardee of the contract at issue, and submitted a proposal containing proprietary information to obtain the contract which was evaluated as the best value by the Defendant. L-3CE is expending funds in performing the contract as a result of the Defendant's compelling decision to override of the Competition in Contracting Act, 31 U.S.C. §3553(d) stay. L-3CE states that counsel have reviewed the protective order, agree to abide by its terms and request access to protected material.

For the above reasons, L-3CE respectfully requests that its motion to intervene be granted.

Respectfully submitted,

Michael A. Gordon
s/ Michael A. Gordon
Counsel for L-3CE
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

OF COUNSEL:
Fran Baskin, Esquire
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY,<br>Plaintiff, | ) | |
| | ) | No. 06-718C |
| v. | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES,<br>Defendant. | ) | |

ORDER GRANTING THE MOTION TO INTERVENE

For the reasons set forth in the motion of L-3 Cincinnati Electronics, Inc. ("L-3CE") dated October 20, 2006, this Court grants L-3CE's motion to intervene.

______________________
Judge Loren A. Smith

Date: October ___, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2006, the above "MOTION TO INTERVENE" and "ORDER GRANTING THE MOTION TO INTERVENE" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Partiers may access this filing through the Court's system.

s/ Michael A. Gordon