IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-718C |
| v. | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

MOTION TO AMEND SCHEDULE

L-3 Cincinnati Electronics, Inc. ("L-3CE"), through undersigned outside counsel, moves to amend the hearing date. As grounds for this request, L-3CE states that it was not served with the complaint or advised of the status hearing held yesterday in which the hearing date was set for November 9, 2006. However, undersigned counsel and his partner (who ordinarily would have filled in) were already scheduled to present two separate Federal Publications seminars in Las Vegas on November 8-9, 2006. For this reason, L-3CE respectfully requests that the hearing date be reset for November 13, 2006. Counsel for the Government has no objection to this request. Counsel for Raytheon has not responded to the request for their concurrence. For the above reasons, L-3CE respectfully requests that its motion to intervene be granted.

Respectfully submitted,

Michael A. Gordon
s/ Michael A. Gordon
Counsel for L-3CE
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

OF COUNSEL:
Fran Baskin, Esquire
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY,<br>Plaintiff, | ) | |
| | ) | No. 06-718C |
| v. | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES,<br>Defendant. | ) | |

ORDER AMENDING SCHEDULE

For the reasons set forth in the motion of L-3 Cincinnati Electronics, Inc. ("L-3CE") motion to amend schedule dated October 20, 2006, this Court grants L-3CE's motion and resets the date for oral argument to November 13, 2006 at 12.30 P.M. in Courtroom No. 9. All other scheduled dates remain the same.

______________________
Judge Loren A. Smith

Date: October ___, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2006, the above "MOTION TO AMEND SCHEDULE" and "ORDER AMENDING SCHEDULE" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Partiers may access this filing through the Court's system.

s/ Michael A. Gordon