IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-718C |
| v. | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT'S RESPONSE TO MOTIONS TO INTERVENE AND AMEND

The United States does not oppose the intervention of L-3 Cincinnati Electronics, Inc. ("L-3CE"), and does not oppose its motion to amend the schedule. The rules of this Court contemplate the participation of the successful offeror in post-award bid protests as an intervenor. Appendix C ¶ 8(b) lists the intervention of the successful offeror in post-award bid protests as one of the matters to be addressed at the initial status conference. Despite the requirement in Appendix C ¶ 11, Raytheon did not serve L-3CE with a copy of the complaint until after the status conference. As a result, the Court was unable to address its intervention at the status conference. In light of the expedited schedule, there is good cause for the Court to grant L-3CE's motion to intervene, and admission to the protective order, so that we can serve L-3CE with a copy of the complete record in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ DONALD E. KINNER
Assistant Director

OF COUNSEL:

Samuel J. Galbo, Jr.
Deputy Counsel, MARCORSYSCOM and
Counsel, DRPM AAA
Marine Corps Systems Command

s/ ARLENE PIANKO GRONER
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8TH Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0162
Fax: (202) 305-7643

October 23, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2006, “DEFENDANT'S RESPONSE TO MOTIONS TO INTERVENE AND AMEND," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Arlene Pianko Groner