IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-718C |
| v. | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

SUPPLEMENTAL MOTION TO AMEND SCHEDULE ANDF REQUEST FOR RULING ON EXPEDITED BASIS

L-3 Cincinnati Electronics, Inc. ("L-3CE"), through undersigned outside counsel, supplements its motion to amend the hearing date. After the initial motion was filed, counsel for Raytheon advised that it had no objection to the motion. Because of the current schedule, L-3CE requests that this motion be decided on an expedited basis. For the above reasons, L-3CE respectfully requests that its motion to amend the schedule be granted.

Respectfully submitted,

Michael A. Gordon
s/ Michael A. Gordon
Counsel for L-3CE
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

OF COUNSEL:
Fran Baskin, Esquire
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY,<br>Plaintiff, | ) | |
| | ) | No. 06-718C |
| v. | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES,<br>Defendant. | ) | |

ORDER AMENDING SCHEDULE

For the reasons set forth in the motion of L-3 Cincinnati Electronics, Inc. ("L-3CE") motion to amend schedule dated October 20, 2006, and its supplemental motion dated October 23, 2006, this Court grants L-3CE's motion and resets the date for oral argument to November 13, 2006 at 12.30 P.M. in Courtroom No. 9. All other scheduled dates remain the same.

______________________
Judge Loren A. Smith

Date: October ___, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 23th day of October, 2006, the above "SUPPLEMENTAL MOTION TO AMEND SCHEDULE ANDF REQUEST FOR RULING ON EXPEDITED BASIS" and "ORDER AMENDING SCHEDULE" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Partiers may access this filing through the Court's system.

s/ Michael A. Gordon