IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-718C<br>(Judge Smith) |

SUPPLEMENTAL MOTION TO INTERVENE ON AN EXPEDITED BASIS AND NOTICE OF ADMISSION TO GAO PROTECTIVE ORDER

L-3 Cincinnati Electronics, Inc. ("L-3CE"), through undersigned outside counsel, supplements its motion to intervene in the above action on an expedited basis and without opposition. Since its motion to intervene was filed, counsel for Raytheon has advised counsel for L-3CE that Raytheon has no objection to L-3CE's intervention in this case.

In addition, today, counsel of record, Michael A. Gordon was admitted to the GAO protective order which should facilitate admission to the protective order in this case. See Attached Order.

For the above reasons, L-3CE respectfully requests that its amended motion to intervene be granted.

Respectfully submitted,

Michael A. Gordon
s/ Michael A. Gordon
Counsel for L-3CE
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

OF COUNSEL:
Fran Baskin, Esquire
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-718C |
| v. | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER GRANTING THE SUPPLEMENTAL MOTION TO INTERVENE AND NOTICE OF ADMISSION TO GAO PROTECTIVE ORDER

For the reasons set forth in the motions of L-3 Cincinnati Electronics, Inc. ("L-3CE") dated October 20, 2006 and October 23, 2006, this Court grants L-3CE's motion to intervene.

______________________
Judge Loren A. Smith

Date: October ___, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2006, the above "SUPPLEMENTAL MOTION TO INTERVENE ON AN EXPEDITED BASIS AND NOTICE OF ADMISSION TO GAO PROTECTIVE ORDER" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Partiers may access this filing through the Court's system.

s/ Michael A. Gordon