IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-718C |
| v. | ) | (Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING OF THE ADMINISTRATIVE RECORD

Pursuant to the Order of October 19, 2006, the United States hereby provides notice that it has today filed a CD containing the sealed record, labeled "PROTECTED MATERIALS ENCLOSED," with a colored CD label, and a CD containing the public version labeled "REDACTED/PUBLIC," with a white CD label, together with the Certification of the Contracting Office Administrative Record. A copy of these CDs has been provided to counsel for the plaintiff.

A copy of this notice, the CD containing the public version labeled "REDACTED/PUBLIC," with a white CD label, and the Certification of the Contracting Office Administrative Record has been provided to counsel for L-3 Cincinnati Electronics, Inc. ("L-3CE"), which moved to intervene in this case on October 20, 2006. We do not oppose that request and will serve L-3CE with a CD containing the sealed record, labeled "PROTECTED MATERIALS ENCLOSED," with a colored CD label, if the Court grants L-3CE's motion to intervene and subjects it to the protective order applicable to this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ DONALD E. KINNER
Assistant Director

s/ ARLENE PIANKO GRONER
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8TH Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0162
Fax: (202) 305-7643

OF COUNSEL:

Samuel J. Galbo, Jr.
Deputy Counsel, MARCORSYSCOM and
Counsel, DRPM AAA
Marine Corps Systems Command

October 23, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2006, “DEFENDANT'S NOTICE OF FILING OF THE ADMINISTRATIVE RECORD," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Arlene Pianko Groner