Filed Electronically on October 23, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | **No. 06-718C** |
| | ) | **(Senior Judge Smith)** |
| **Defendant.** | ) | |

# PLAINTIFF'S RESPONSE TO MOTION TO INTERVENE

By Motion filed on October 20, 2006, L-3 Cincinnati Electronics, Inc. ("L-3CE") moved to intervene in the above-captioned case. Plaintiff Raytheon Company does not object to the motion.

Dated: October 23, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/ Mark D. Colley
Mark D. Colley
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7005
(202) 955-5564 (main)
(202) 419-2724 (secure)

*Counsel for Raytheon Company*

Of Counsel:

Paul E. Pompeo
Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 4131781_v1