Filed Electronically on October 23, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | **No. 06-718C** |
| | ) | **(Senior Judge Smith)** |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO MOTION TO AMEND SCHEDULE**

By Motion filed on October 20, 2006, L-3 Cincinnati Electronics, Inc. ("L-3CE") moved to amend the schedule in the above-captioned case by changing the hearing from November 9, 2006 to November 13, 2006. Plaintiff Raytheon Company ("Raytheon") does not object to the motion.

If the Court decides to amend the schedule, Raytheon requests that the Court amend the schedule further to set the filing of Raytheon's Reply on November 8, 2006, rather than the current date of November 7, 2006. Raytheon's comments in the related bid protest before the Government Accountability Office ("GAO") are due on November 6, 2006; thus, the one-day extension would provide a day between the two filings in these two proceedings.[1] November 8, 2006, would also be one full week after filing of the Opposition briefs in this matter.

[1] Recall that the Parties agreed to a November 1, 2006 filing of the Opposition, rather than an October 27, 2006 deadline in order to avoid Defendant's filing of the Opposition on the same day that the Government is due to file the Agency Report in the related GAO bid protest.

Dated: October 23, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/ Mark D. Colley

Mark D. Colley
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7005
(202) 955-5564 (main)
(202) 419-2724 (secure)

*Counsel for Raytheon Company*

Of Counsel:

Paul E. Pompeo
Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 4131898_v1