# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** *Plaintiff,* | * | Case No. 06-718C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES**, *Defendant.* | * | Filed: October 24, 2006 |

**ORDER**

The Court hereby **GRANTS** L-3 Cincinnati Electronics, Inc.'s Motion to Intervene in this matter. The caption shall be amended to add L-3 Cincinnati Electronics, Inc. as Intervenor-Defendant.

The Court hereby further **GRANTS** Application for Access to Information under Protective Order by Outside Counsel as provided in the Protective order adopted by this Court for the persons here listed and only those persons here listed: **Mark D. Colley**, Attorney of Record for Plaintiff; **Paul E. Pompeo**, Of Counsel for Plaintiff; **Joseph P. Hornyak**, Of Counsel for Plaintiff; **Stuart W. Turner**, Of Counsel for Plaintiff; **Michael A. Gordon**, Attorney of Record for Intervenor-Defendant.

The Court further **GRANTS** Intervenor-Defendant's Motion to Amend the Schedule. Oral argument previously scheduled for November 9, 2006, is hereby **RESCHEDULED** for Monday, November 13, 2006, at 1:00 p.m. EST at the United States Court of Federal Claims, Howard T. Markey National Courts Building, Courtroom #9. Plaintiff's Reply Brief shall be filed and served on or before November 8, 2006.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE