OFFICE OF COUNSEL
MARINE CORPS SYSTEMS COMMAND
2200 LESTER STREET
QUANTICO, VA 22134-5010

IN REPLY REFER TO:
5800
LAWQ
26 OCT 06

**VIA FACSIMILE**

General Counsel
Government Accountability Office
Attn: Mr. Jonathan L. Kang
Senior Attorney
Procurement Law Control Group
441 G Street, N.W.
Washington, D.C. 20548

Re: B-298516.2
Protest of Raytheon Company
RFP No. M67854-06-R-6000

Dear Mr. Kang:

While the procurement of the AAV M36E3 Thermal Sight remains an immediate urgent and compelling requirement for the United States Marine Corps in support of its ongoing operations in Iraq, the United States Marine Corps has determined that it is necessary is to take corrective action.

Marine Corps Systems Command has decided to take the following corrective action in response to the above referenced protest:

1) Terminate for convenience the contract awarded to L-3 Communications Cincinnati Electronics.

2) Take all other appropriate action to ensure that this urgent requirement is procured in a timely and fair manner.

The corrective action undertaken by the Government renders the issues raised in the above referenced protest moot. As such, the undersigned respectfully requests that you dismiss the protest as academic. Dyna-Air Eng'g Corp., B-278037, Nov. 7, 1997.

If you have any questions, or I can assist you in any way, please do not hesitate to contact me.

Respectfully submitted,

William Torrico

WILLIAM H. TORRICO
Assistant Counsel
Marine Corps Systems Command

Cc(by facsimile):

Michael A. Gordon, Esq.
Holmes & Gordon
Counsel for L-3 Communications
Fax: (301) 340-1253

Joseph P. Hornyak, Esq.
Holland & Knight, LLP
Counsel for Raytheon Company
Fax: (202) 955-5564