GAO
Accountability * Integrity * Reliability

Comptroller General
of the United States

United States Government Accountability Office
Washington, DC 20548

# Decision

**Matter of:** Raytheon Company

**File:** B-298516.2

**Date:** October 27, 2006

---

**DECISION**

Raytheon Company protests the award of a contract to L-3 Communications under solicitation No. M67854-06-R-6000, issued by the Marine Corps Systems Command.

We dismiss the protest because the agency is terminating the awardee's contract and resoliciting the procurement.

The jurisdiction of our Office is established by the bid protest provisions of the Competition in Contracting Act of 1984, 31 U.S.C. §§ 3551-3556 (2000), as amended by the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005, Pub. L. No. 108-375, § 326, 118 Stat. 1811 (2004). Our role in resolving bid protests is to ensure that the statutory requirements for full and open competition are met. Pacific Photocopy and Research Servs., B-278698, B-278698.3, Mar. 4, 1998, 98-1 CPD ¶ 69 at 4.

When an agency terminates an awardee's contract and resolicits for its needs, the agency action renders a protest of that award academic. Since it is not our practice to consider academic questions, Dyna-Air Eng'g Corp., B-278037, Nov. 7, 1997, 97-2 CPD ¶ 132, the protest is dismissed.

The protest is dismissed.

Gary L. Kepplinger
General Counsel