Filed Electronically on October 27, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | **No. 06-718C** |
| | ) | **(Senior Judge Smith)** |
| **Defendant.** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **L-3 CINCINNATI ELECTRONICS, INC.** | ) | |
| | ) | |
| **Intervenor-Defendant** | ) | |

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

By Motion filed on October 26, 2006, Defendant moved to dismiss this matter as moot, because the procuring agency for the procurement that is the subject of the underlying protest advised the Government Accountability Office ("GAO") that the agency elected to take corrective action and has terminated the protested contract award. On October 27, 2007, the GAO issued a decision dismissing the protest, No. B-298516.2, as moot. Copy attached. Accordingly, Plaintiff does not object to Defendant's Motion.

Dated: October 27, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/ Mark D. Colley
Mark D. Colley
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7005
(202) 955-5564 (main)
(202) 419-2724 (secure)

*Counsel for Raytheon Company*

Of Counsel:

Paul E. Pompeo
Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 4150880_v1