# In the United States Court of Federal Claims

| | |
|---|---|
| **RAYTHEON COMPANY,** | |
| *Plaintiff,* | Case No. 06-718C |
| v. | Senior Judge Smith |
| **THE UNITED STATES**, | Filed: October 30, 2006 |
| *Defendant.* | |

**ORDER**

The Court hereby STRIKES docket entry #24, Plaintiff's "Response to 23 Motion to Dismiss pursuant to Rule 12(b)(1) and Notice of Contract Termination," filed by Raytheon Company. Plaintiff has correctly filed its Response to Motion to Dismiss, docketed at #25.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE