**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **Raytheon Company,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-718** |
| **v.** | ) | **(Judge Smith)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **L-3 CINCINNATI ELECTRONICS, INC.,** | ) | |
| **Intervenor-Defendant.** | ) | |

**JOINT MOTION TO DISMISS**

Defendant, the United States, and plaintiff, Raytheon Company, move to dismiss this case as moot because contract No. M67854-06-C-6022 has been terminated, and the related Government Accountability Office protest, B-298516.2, has been dismissed. The intervenor, L-3 Cincinnati Electronics, does not object to the dismissal of this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ DONALD E. KINNER
Assistant Director

OF COUNSEL:

Samuel J. Galbo, Jr.
Deputy Counsel, MARCORSYSCOM and
Counsel, DRPM AAA
Marine Corps Systems Command

s/ ARLENE PIANKO GRONER
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8TH Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0162
Fax: (202) 305-7643

October 30, 2006

Attorneys for Defendant

HOLLAND & KNIGHT, LLP

s/ MARK D. COLLEY
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

Attorney for Plaintiff

Electronically Filed
October 30, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2006, "JOINT MOTION TO DISMISS," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Arlene Pianko Groner