# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**RAYTHEON COMPANY,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

**L-3 CINCINNATI ELECTRONICS, INC.,**

*Intervenor-Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-718C

Senior Judge Smith

Filed: October 30, 2006

**ORDER**

The Court hereby GRANTS the Parties' Joint Motion to Dismiss. The Court directs the Clerk to enter judgment dismissing the Complaint.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE