# In the United States Court of Federal Claims

**No. 06-718 C**

**RAYTHEON COMPANY,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**L-3 CINCINNATI ELECTRONICS, INC.,**
**Intervenor-Defendant.**

Pursuant to the court's Order, filed October 30, 2006, granting the parties' Joint Motion to Dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**October 31, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.