Filed Electronically on December 27, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | **No. 06-718C** |
| | ) | **(Senior Judge Smith)** |
| **Defendant.** | ) | |
| **and** | ) | |
| **L-3 CINCINNATI ELECTRONICS, INC.** | ) | |
| **Intervenor-Defendant** | ) | |

**NOTICE AND CERTIFICATION UNDER PROTECTIVE ORDER**

By Order dated October 19, 2006, the Court adopted the Protective Order issued by the United States Government Accountability Office ("GAO") in GAO's case number B-298516.2 as the Protective Order issued in the above-captioned case. In accordance with paragraph 7 of the Protective Oder, Raytheon Company hereby certifies that the protected material in the above-captioned proceeding has been destroyed.

Dated: December 27, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/ Mark D. Colley

Mark D. Colley
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7005
(202) 955-5564 (main)
(202) 419-2724 (secure)

*Counsel for Raytheon Company*

Of Counsel:

Paul E. Pompeo
Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 4150880_v2