IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RAYTHEON COMPANY,<br>Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES,<br>Defendant, and | ) | No. 06-718C<br>(Judge Smith) |
| L-3 Cincinnati Electronics, Inc.,<br>Intervenor-Defendant. | ) | |

CERTIFICATION OF DESTRUCTION OF PROTECTED MATERIAL

In accordance with the Protective Order issued in this case, Intervenor-Defendant, L-3 Cincinnati Electronics, Inc. ("L-3CE"), certifies that the protected material received in this case has been destroyed.

Respectfully submitted,

Michael A. Gordon
s/ Michael A. Gordon
Counsel for L-3CE
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

OF COUNSEL:
Fran Baskin, Esquire
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)